STATE OF NEW JERSEY v. JAMES J. DANKS.

March 2, 1971.  Petition for certification denied.

THE DELAWARE RIVER & BAY AUTHORITY v. NEW JER-
SEY PUBLIC EMPLOYMENT RELATIONS COMMISSION,
*ET AL.*

March 2, 1971.  Petitions for certification granted.  (See
112 *N. J. Super.* 160).